768 S.E.2d 669

Maria T. **CURIEL** and Martin L. Curiel, Respondents,

v.

**HAMPTON COUNTY E.M.S.**, Petitioner.

Appellate Case No. 2013–000391.

No. 27496.

Supreme Court of South Carolina.

Heard Jan. 15, 2015.

Decided Feb. 11, 2015.

E. Mitchell Griffith and Mary E. Sharp, both of Griffith, Sadler & Sharp, P.A., of Beaufort, for Petitioner.

John S. Nichols, of Bluestein, Nichols, Thompson & Delgado, LLC, of Columbia, and H. Woodrow Gooding and Mark B.

---

Tinsley, both of Gooding & Gooding, P.A., of Allendale, for Respondents.

PER CURIAM.

We granted certiorari to review the Court of Appeals' decision in *Curiel v. Hampton County E.M.S.*, 401 S.C. 646, 737 S.E.2d 854 (Ct.App.2012). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.